UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Dickens,                                    File No. 24-CV-03448 (JMB/DLM)

      Plaintiff,

v.                                                 **ORDER**

Allen Parish Jail,

      Defendant.

---

Thomas Dickens, Oberlin, LA, self represented.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Douglas M. Micko dated September 27, 2024. (Doc. No. 3.) The R&R recommends that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for Plaintiff Thomas Dickens's failure to prosecute. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 3) is ADOPTED; and

2. This matter is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 12, 2024　　　　　　　　　　　　/s/ *Jeffrey M. Bryan*
　　　　　　　　　　　　　　　　　　　　　　　　Judge Jeffrey M. Bryan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

2